IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-14178-P & 15-14734-P
_____

JIMMY FLETCHER MEDERS,

Petitioner - Appellant,

versus

WARDEN, GEORGIA DIAGNOSTIC PRISON,

Respondent - Appellee.
_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

Before: HULL, MARCUS and JILL PRYOR, Circuit Judges.

BY THE COURT:

On October 17, 2017, Appellant filed a motion for reconsideration of the September 29, 2017 order (that denied the motion to file substitute brief as moot). The Court construes that October 17, 2017 motion as a new motion to substitute the new brief filed on October 17, 2017 for the original brief filed on September 25, 2017, grants Appellant's motion, and allows Appellant's October 17, 2017 brief to be substituted.